

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-16-00447-CV

**8305 BROADWAY INC.** and Changing Surface, Inc.,
Appellants

v.

**J&J MARTINDALE VENTURES, LLC** dba Big Hops Growler Station,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 386551
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

    The appellate record was due on July 19, 2016. The clerk's record was filed on July 21, 2016. The court reporter responsible for preparing the reporter's record filed a notification of late record on July 29, 2016, stating that appellants had failed to designate and pay for, or make payment arrangements for, the preparation of the reporter's record. On July 29, 2016, we ordered appellants to provide written proof that the reporter's record had been requested and that payment, or payment arrangements, had been made with the court reporter. Appellants timely submitted written proof of payment for the reporter's record. Accordingly, it is ORDERED that the reporter's record is **due no later than thirty (30) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court